**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|   |   |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF U.S. PREFAB, INC., an Arizona corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NORQUAY CONSTRUCTION, INC., an Arizona corporation, et al.,<br><br>　　　　　Defendants. | No. CIV 06-1598 PHX RCB<br><br>O R D E R |

On February 8, 2007, Defendants filed their motion for summary judgment (doc. # 17) in this action. Because the time to serve and file a responsive memorandum has passed, see LRCiv 7.2(c), 56.1(b), and App. A ("Time Chart"), with no response having been filed by Plaintiff, Defendants filed a motion (doc. # 21) requesting the Court to summarily grant their motion for summary judgment. While the Court has discretion to do so if it were to find the dispositive motion facially meritorious, see Henry v. Gill Indus., Inc., 983 F.2d 943, 950 (9th Cir. 1993), it declines to do so here.

Approximately one week before Defendants' "Motion for Summary Disposition" was filed, the Court received Plaintiff's stipulation for substitution of counsel (doc. # 20), which the Court granted by order entered March 23, 2007 (doc. # 22). In opposing Defendant's request for summary disposition, Plaintiff explains that it "found it necessary to replace its [former] attorney in this matter, and other matters." Resp. (doc. # 23) at 1. It was during that time that the response deadline lapsed. Plaintiff has accordingly requested "a short extension of time" to respond to Defendant's motion for summary judgment, which the Court construes as a motion for extension of time. See id. at 2. The Court finds the neglect excusable under the circumstances, particularly in light of the family medical emergency that prevented Plaintiff's new counsel from noticing his predecessor's oversight sooner. See id. at 2. Accordingly, for good cause shown, and finding no prejudice to Defendants,

IT IS ORDERED that Defendants' Motion for Summary Disposition (doc. # 21) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Response to Motion for Summary Disposition (doc. # 23) is construed as a motion for extension of time, and, so construed, is GRANTED. Plaintiff shall have until April 16, 2007 to file a responsive memorandum in opposition to Defendants' Motion for Summary Judgment.

DATED this 30th day of March, 2007.

_____
Robert C. Broomfield
Senior United States District Judge

1 | Copies to counsel of record.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28